

**FILED**

JUL 3 0 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-38-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DANA BEAR ROBE, | |
| Defendant. | |

For the reasons stated on the record, DANA BEAR ROBE is hereby released from the custody of the U.S. Marshals Service.

DATED this 30th day of July, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1